UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

In Re: The Australian Family Court Proceeding:

Court File No.: 0-01-MC-72 MJD/JGL

IN THE FAMILY COURT OF AUSTRALIA AT HOBART

No. HB 712 OF 1999

IN THE MATTER OF:

GRUNSETH
Rieder Johann

(*Applicant Husband*)

and

GRUNSETH
Victoria Ann

(*Respondent Wife*)

---

**ORDER**

---

The above-entitled matter came before U.S. Magistrate Judge J. Lebedoff. Upon all files, records and proceedings herein, and upon the arguments of counsel,

IT IS HEREBY ORDERED:

1. The Clerk of Court shall issue the following subpoenas:

A. First Federal Savings Bank -

All financial documents relating to any and all accounts in the name of Victoria Ann Tigwell Grunseth and/or taxpayer identification number: 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, including but not limited to all historical transactional ledgers from Jan. 1, 1996 to the present; and/or all records for mortgage account # 97082522, including but not limited to all loan applications and financial

FILED JAN 18 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

statements.

B. Land Title, Inc. -

All financial documents and records relating to Victoria Ann Tigwell Grunseth, and/or taxpayer identification number: 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, including but not limited to all documentation relating to the property at 3660 Pasture Ridge Road, Afton, MN 55001.

2. Counsel for the party seeking the subpoena shall cause it to be served upon the institution listed above along with a copy of this Order. No Notice of Deposition shall be necessary.

3. Recipients of the subpoenas shall produce all responsive documents within 10 days of receipt of the subpoena, absent objection to the subpoena pursuant to the Federal Rules of Civil Procedure. The documents should be sent to both of the following:

a. Registrar of the Family Court of Australia
39-41 Davey Street
Hobart, Tasmania 7000

b. Mr. James Rickard, CPA
1000 N. Ashley Dr.
Suite 101
Tampa Bay, FL 33602

4. The documents shall be sent by Federal Express. Any expenses associated with producing the documents shall be reimbursed by the party serving the subpoenas.

5. Documents produced to James Rickard, CPA shall be "for his eyes only" and shall not be disclosed by him to any third party except in connection with his report and testimony in the Australian Family Court.

Dated: Jan. 15, 2002

U.S. Magistrate Judge J. Lebedoff